JOHN D. HIGGINBOTHAM, Bar No. 204179
MARK F. LOVELL, Bar No. 246652
BEST BEST & KRIEGER LLP
3750 University Avenue, Suite 400
P.O. Box 1028
Riverside, CA  92502
Telephone: (951) 686-1450
Facsimile: (951) 686-3083
John.Higginbotham@bbklaw.com

Attorneys for Defendant
CITY OF CORONA

***MADE JS-6***

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA WASKO,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF CORONA,<br><br>    Defendant. | Case No.  CV10-7299 GW (JCGx)<br><br>JUDGMENT |

# **JUDGMENT**

The Court, having granted Defendant City of Corona's motions for summary judgment as to all claims for relief, and ordered entry of judgment in favor of the City of Corona and against Plaintiff Victoria Wasko, accordingly:

IT IS HEREBY ORDERED that:

1. Victoria Wasko shall take nothing on her Complaint;
2. The Complaint is dismissed in its entirety and with prejudice; and
3. The City of Corona shall recover its costs of suit from Victoria Wasko.

DATED: November 29, 2011     _____

GEORGE H. WU, U.S. District Judge

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3750 UNIVERSITY AVENUE, SUITE 400
P.O. BOX 1028
RIVERSIDE, CA 92502

27157.05511\7041761.1 - 1 - Judgment
Case No. CV10-7299 GW (JCGx)